UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. CURRY, | No. C 09-3408 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants. | |

Plaintiff's application for leave to proceed *in forma pauperis* on appeal (Docket # 86) is DENIED because he failed to provide the required certified copy of his inmate trust account statement. *See* 28 U.S.C. § 1915(a)(2); Fed. R. App. P. 24(a)(1)(A), and Form 4 thereto. This denial is without prejudice to Plaintiff filing a new application in the court of appeals.

IT IS SO ORDERED.

Dated: April 5, 2013

_____
EDWARD M. CHEN
United States District Judge