UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. CURRY, | No. C-09-3408 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; *et al.*, | |
| Defendants. | |

The April 5, 2013 order (Docket # 88) denying Plaintiff's application to proceed *in forma pauperis* on appeal is **VACATED** because Plaintiff *had* submitted a certified copy of his inmate trust account statement, albeit in a filing separate from the *in forma pauperis* application.

Plaintiff's application for leave to proceed *in forma pauperis* on appeal is **GRANTED**. (Docket #86, #87.)

IT IS SO ORDERED.

Dated: April 11, 2013

_____
EDWARD M. CHEN
United States District Judge