**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRELL D. CURRY,                                    No. C-09-3408 EMC (pr)

        Plaintiff,

      v.                                                       **ORDER**

CALIFORNIA DEPARTMENT OF
CORRECTIONS; *et al.*,

        Defendants.

_____/

      The April 5, 2013 order (Docket # 88) denying Plaintiff's application to proceed *in forma pauperis* on appeal is **VACATED** because Plaintiff *had* submitted a certified copy of his inmate trust account statement, albeit in a filing separate from the *in forma pauperis* application.

      Plaintiff's application for leave to proceed *in forma pauperis* on appeal is **GRANTED**. (Docket #86, #87.)

      IT IS SO ORDERED.

Dated:  April 11, 2013

                          _____
                          EDWARD M. CHEN
                          United States District Judge